THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES F. CURTIS.— Preference granted for March 3, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LASH REALTY CO., INC., v. WILLIAM E. WALSH and Others.— Preference granted for March 3, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CLEMENTINE SIMPSON v. FOX FILM COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS M. MEEHAN, as Administrator, etc., v. PARK & TILFORD.— Preference granted for March 3, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of RALPH S. KAYSER v. SAMUEL SKULNIK.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ROSE PARADISE v. HARRY H. PARADISE.— Motion granted so far as to provide that the appeal be dismissed unless appellant procure the record on appeal to be filed on or before the 17th day of March, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

L. HELLER & SON, INC., v. ARTHUR R. BECKER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before the 28th day of February, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

L. HELLER & SON, INC., v. PAUL E. LEVI and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before the 28th day of February, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

L. HELLER & SON, INC., v. THE LASSNER COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before the 28th day of February, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ARTHUR E. WINTER and Another, Copartners, etc., Respondents, v. WICKWIRE SPENCER STEEL CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., dissenting.

JOHN G. DABOUR, INC., Respondent, Appellant, v. HERMAN HEIDENREICH, Appellant, Respondent.— Judgment and orders affirmed, with costs to plaintiff. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

CHARLES S. BAUMBLATT, Respondent, v. IRVING I. LEWINE, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $30,136.75; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WILLIAM RAND, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.; Martin, J., dissenting.